AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 09/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 629
Montgomery, AL 36101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Merrill Lynch-IRA-Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Merrill Lynch - IRA Distributions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College of Labor and Employment Lawyers | November 3-4, 2012 | Atlanta, GA | Participation in CLE Panel | Meals, Hotel, Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA-COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. BLACKROCK GLOBAL ALLOCATION FD INC C | A | Dividend | K | T | | | | | |
| 3. SERVISFIRST BANK - SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 4. UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 5. (H)TRUST #1 | E | Dividend | N | T | | | | | |
| 6. -ALTRIA GROUP INC | | | | | Buy (add'l) | 02/03/12 | J | | |
| 7. -ASTRAZENECA PLC SPND ADR | | | | | Buy (add'l) | 01/25/12 | K | | |
| 8. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 9. | | | | | Sold | 02/06/12 | J | A | |
| 10. -AT & T INC | | | | | Buy (add'l) | 01/25/12 | J | | |
| 11. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 12. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 13. -Bristol Myers Squibb | | | | | Buy | 09/17/12 | J | | |
| 14. -Buckeye Partners LP | | | | | Buy | 06/07/12 | J | | |
| 15. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 16. -CANADIAN IMPERIAL BANK OF COMM | | | | | Sold | 12/27/12 | J | A | |
| 17. -CENTURLYLINK INC SHS | | | | | Buy (add'l) | 01/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 19.    -DUKE ENERGY CORP NEW | | | | | Buy (add'l) | 02/03/12 | J | | |
| 20. | | | | | Sold (part) | 07/23/12 | J | A | |
| 21. | | | | | Sold | 10/24/12 | J | A | |
| 22.    -ELI LILLY & CO | | | | | Buy (add'l) | 01/04/12 | J | | |
| 23. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 24. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 25.    -ENBRIDGE ENERGY PARTNERS L.P. (See note part VIII) | | | | | | | | | |
| 26.    -Enterprise Products Partners LP | | | | | Buy | 01/30/12 | J | | |
| 27. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 28.    -Excelon | | | | | Buy | 08/24/12 | J | | |
| 29. | | | | | Sold | 11/06/12 | J | A | |
| 30.    -GLAXOSMITHKLINE PLC ADR | | | | | Buy (add'l) | 02/02/12 | J | | |
| 31.    -HEALTH CARE REIT INC COM REIT | | | | | Buy (add'l) | 02/06/12 | J | | |
| 32. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 33.    -KIMBERLY CLARK | | | | | Sold | 01/23/12 | J | A | |
| 34. | | | | | Buy | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/03/12 | J | | |
| 36. | | | | | Sold | 06/06/12 | J | B | |
| 37. -KINDERMORGAN ENERGY PARTNERS LP | | | | | | | | | |
| 38. -NATIONAL GRID PLC SP ADR | | | | | Buy (add'l) | 02/02/12 | J | | |
| 39. -Philip Morris Intl Inc. | | | | | Buy | 11/08/12 | K | | |
| 40. -PLAINS ALL AMERN PIPL LP | | | | | Sold (part) | 08/20/12 | J | C | |
| 41. -PPL CORPORATION | | | | | Buy (add'l) | 01/02/12 | J | | |
| 42. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 43. -REYNOLDS AMERICAN INC | | | | | Buy (add'l) | 01/23/12 | J | | |
| 44. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 45. -Royal Dutch Shell PLC | | | | | Buy | 07/12/12 | J | | |
| 46. -SENIOR HSG PPTYS TRSBI | | | | | Buy (add'l) | 02/02/12 | J | | |
| 47. | | | | | Sold (part) | 12/27/12 | J | A | |
| 48. -SOUTHERN COMPANY | | | | | Buy (add'l) | 1/17/12 | J | | |
| 49. | | | | | Buy (add'l) | 02/07/12 | J | | |
| 50. -VERIZON COMMUNICATNS COM | | | | | Buy (add'l) | 01/04/12 | J | | |
| 51. | | | | | Buy (add'l) | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 53. -WALGREEN | | | | | Buy (add'l) | 02/02/12 | J | | |
| 54. | | | | | Sold | 03/01/12 | K | A | |
| 55. -ISHARES BARCLAY 7-10 YR TREAS INDEX FUND | | | | | Sold | 02/01/12 | K | A | |
| 56. -ISHARES IBOXX $ INVT GRADE CORP BOND FUND | | | | | Sold | 02/01/12 | K | A | |
| 57. -ISHARES IBOXX$ HIGH YIEL CORP BOND FUND | | | | | | | | | |
| 58. -PERMANENT PORTFOLIO FUND | | | | | Sold | 02/01/12 | K | A | |
| 59. -VANGUARD SHORT TERM BOND | | | | | Sold | 02/01/12 | K | A | |
| 60. -UBS Bank USA Dep Account (see note in part VIII) | | | | | Open | 12/13/12 | K | | |
| 61. | | | | | | | | | |
| 62. (H)TRUST #2 | D | Dividend | | T | | | | | |
| 63. -DECATUR ALA WTS | | | | | | | | | |
| 64. -LOWNDES CNTY ALA WTS | | | | | | | | | |
| 65. -MOBILE ALA PUB EDL BLDG | | | | | | | | | |
| 66. -MORGAN CNTY ALA BRD ED | | | | | | | | | |
| 67. -OPELIKa ALA PUB PK & REC | | | | | | | | | |
| 68. -HUNTSVILLE ALA CAP IMPT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ALABAMA DRINKING WTR FIN | | | | | | | | | |
| 70. -DAPHNE ALA WTS & IMPT | | | | | | | | | |
| 71. -ALABAMA ST BRD ED REV | | | | | | | | | |
| 72. -EXXON MOBIL CORP COM | | | | | | | | | |
| 73. -GENERAL ELECTRIC | | | | | | | | | |
| 74. -INTL BUSINESS MACHINES CORP IBM | | | | | | | | | |
| 75. -BIF TAX EXEMPT FUND | | | | | Closed | 12/13/12 | J | | |
| 76. -RMA Bank Money Mkt Portfolia | | | | | Buy | 12/13/12 | K | | |
| 77. | | | | | Sold | 12/18/12 | K | A | |
| 78. -UBS Bank USA Dep Account | | | | | Open | 12/13/12 | K | | |
| 79. | | | | | | | | | |
| 80. IRA Account #1 | A | Dividend | J | T | | | | | |
| 81. -Cash/Money Accounts | | | | | | | | | |
| 82. -Templeton Growth FD CL C | | | | | Sold | 06/14/12 | J | A | |
| 83. -Vanguard Intermediate Term Bond ETF | | | | | Buy (add'l) | 06/14/12 | J | | |
| 84. (H)IRA Account #2 | D | Dividend | M | T | | | | | |
| 85. -CASH/MONEY ACCOUNTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -ALTRIA GROUP INC | | | | | Buy (add'l) | 02/03/12 | J | | |
| 87.   -ASTRAZENECA PLC SPND ADR | | | | | Buy (add'l) | 01/25/12 | J | | |
| 88. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 89. | | | | | Sold | 09/03/12 | J | A | |
| 90.   -AT&T INC | | | | | Buy (add'l) | 01/25/12 | J | | |
| 91.   -Bristol Myers Squib Co. | | | | | Buy | 09/17/12 | J | | |
| 92.   -Buckeye Partners LP | | | | | Buy | 06/07/12 | J | | |
| 93. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 94.   -CANADIAN IMPERIAL BANK OF COMM | | | | | Buy (add'l) | 02/02/12 | J | | |
| 95.   -CENTURYLINK INC SHS (FORMERLY KNOWN AS CENTURYTEL) | | | | | Buy (add'l) | 01/25/12 | J | | |
| 96. | | | | | Buy (add'l) | 02/12/12 | J | | |
| 97.   -DUKE ENERGY CORP NEW | | | | | Sold (part) | 07/23/12 | J | A | |
| 98. | | | | | Sold | 10/24/12 | J | A | |
| 99.   -ELI LILLY & CO | | | | | Buy (add'l) | 01/04/12 | J | | |
| 100. | | | | | Sold (part) | 02/01/12 | J | A | |
| 101.   -ENBRIDGE ENERGY PARTNERS LP (See note Part VIII) | | | | | Sold | 01/23/12 | J | A | |
| 102.   -ENERGY TRANSFER PTNRS L | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -GLAXOSMITHKLINE PLC ADR | | | | | Buy (add'l) | 02/02/12 | J | | |
| 104. -HEALTH CARE REIT INC COM REIT | | | | | | | | | |
| 105. -KIMBERLY CLARK | | | | | Buy (add'l) | 01/03/12 | J | | |
| 106. | | | | | Sold | 06/06/12 | J | A | |
| 107. -KINDER MORGAN ENERGY PARTNERS LP | | | | | | | | | |
| 108. -NATIONAL GRID PLC SP ADR | | | | | | | | | |
| 109. -Philip Morris Int. Inc. | | | | | Buy | 11/08/12 | J | | |
| 110. -PLAINS ALL AMERN PIPL LP | | | | | | | | | |
| 111. -PPL CORPORATINO | | | | | Buy (add'l) | 02/01/12 | J | | |
| 112. -REYNOLDS AMERICAN INC | | | | | Buy (add'l) | 02/06/12 | J | | |
| 113. -SENIOR HSG PPTYS TRSBI | | | | | Buy (add'l) | 02/02/12 | J | | |
| 114. -SOUTHERN COMPANY | | | | | Buy (add'l) | 01/17/12 | J | | |
| 115. -VERIZON COMMUNICATNS COM | | | | | Buy (add'l) | 01/04/12 | J | | |
| 116. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 117. -WALGREEN CO | | | | | Buy (add'l) | 02/02/12 | J | | |
| 118. | | | | | Sold | 03/01/12 | J | A | |
| 119. -ISHARES BARCLAY 7-10 YR TREAS INDEX FUND | | | | | Sold | 02/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ISHARES IBOXX S INVT GRADE CORP BD FUND | | | | | Sold | 02/01/12 | J | A | |
| 121. -Ishares IBoxx High Yield Corp (See Note Part VIII) | | | | | | | | | |
| 122. -PERMANENT PORTFOLIO FUND (See Note Part VIII) | | | | | Sold | 02/01/12 | J | A | |
| 123. -VANGUARD SHORT TERM BOND | | | | | Sold | 02/01/12 | J | A | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 09/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 25 - Three partial sales were listed for Enbridge Energy Partner LP s in 2011. The investment was in fact all sold in 2011. There is none remaining in 2012.

Part VII, Lines 99 and 120 (lines 101 and 122 in revised report)- Enbridge Energy Partners, LP and Permanent Portfolio Fund were listed as Sold in 2011 when they were in fact partial sales. The remaining investments were sold as noted in 2012.

Part VII, Line 119 (line 121 on revised report) - This fund was purchased on 08/31/11 and was inadvertently omitted from the 2011 report.

Part VII, Line 60 - This cash account was opened on 12/13/12 and was inadvertently omitted from the 2012 report as originally filed. It is included in this revised report.

# FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

Albritton, William H.

Date of Report

09/18/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544